## IN RE: VIRUN, INC., Appellant

### 2016-1280

United States Court of Appeals, Federal Circuit.

November 10, 2016

MARTIN ALEXANDER BRUEHS, Dentons US LLP, Washington, DC, argued for appellant. Also represented by RAJESH CHARLES NORONHA.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee

Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SARAH E. CRAVEN.

## JUDGMENT

Per Curiam (Prost, Chief Judge, Reyna and Wallach, Circuit Judges).

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**